IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MOTOCICLETTA, INC. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-cv-00728-O |
| | § | |
| PHILADELPHIA INDEMNITY | § | |
| INSURANCE COMPANY | § | |
| | § | |
| *Defendant.* | § | |

## PLAINTIFF'S UNOPPOSED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Motocicletta, Inc. ("Plaintiff") stipulates to the dismissal with prejudice of all claims Plaintiff asserted or could have asserted against Defendant Philadelphia Indemnity Insurance Company in this action. Each party has agreed to bear its own attorneys' fees and costs.

Dated: March 26, 2018

Respectfully submitted,

/s/ Timothy M. Hoch
Timothy M. Hoch
Texas Bar No. 09744950
HOCH LAW FIRM, PC
5616 Malvey Avenue
Fort Worth, Texas 76107
Telephone: 817-731-9703
Facsimile: 817-731-9706
Email: tim@hochlawfirm.com

ATTORNEY IN CHARGE FOR PLAINTIFF
MOTOCICLETTA, INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 20, 2018, I conferred with William Pilat, the attorney in charge for Defendant Philadelphia Indemnity Insurance Company regarding the filing of the foregoing *Stipulation of Dismissal with Prejudice*. Mr. Pilat informed me he was **unopposed** to the filing of the stipulation.

/s/ *Timothy M. Hoch*
Timothy M. Hoch

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, a true and correct copy of the foregoing *Stipulation of Dismissal with Prejudice* was forwarded to all other counsel of record by electronic filing through the electronic case filing system for the United States District Court for the Northern District of Texas.

/s/ *Timothy M. Hoch*
Timothy M. Hoch